| | | | |
|---|---|---|---|
| Case No. | CV17-3874 SVW (SSx) | Date | September 18, 2017 |
| Title | Universal Dyeing and Printing, Inc. v. Just One, LLC, et al. | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes Kerr | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**    IN CHAMBERS ORDER DISMISSING ACTION

    The Court, on August 16, 2017, issued an order to show cause why this action should not be dismissed for lack of prosecution. To date, plaintiff has failed to respond to the Court's order. Therefore, the matter is dismissed.

                      :

Initials of Preparer    SMO